UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

KATHLEEN LADUCA and LUCIO LADUCA,
individually and on behalf of all others similarly
situated,

                      Plaintiffs,

            v.

BARI HOME CARE, LLC and ASEF BARI,

                      Defendants.
------------------------------X

Docket No.

(1:24-cv-07970, J.)
(Marutollo, M.J.)

### DISCOVERY PLAN AND SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

1. The date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1), if not yet completed: **March 7, 2025**.

2. No amendment of the pleadings will be permitted after: **June, 30, 2025**.

3. No additional parties may be joined after: **June 30, 2025**.

4. Pre-Class Certification discovery shall be completed by: **June 19, 2025**.
   a. Pre-Class Certification Demands for Discovery and Inspection and Interrogatories shall be served by all parties on or before: **March 18, 2025.**
   b. Responses by all parties due on or before: **April 17, 2025**.
   c. Pre-Class Certification Depositions shall be completed on or before: **May 20, 2025.**

5. Plaintiffs' shall move for Class Certification on or before **July 18, 2025**.

6. Plaintiff(s) and Defendant(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: **September 1, 2025**.

7. All discovery, including expert discovery, shall be completed by: **October 1, 2025.** (*Presumptively 30 days following the final exchange of expert reports*)

1

8. Have the parties discussed the existence of electronically stored information (ESI) and discussed the location and production of such information, as required by Fed. R. Civ. P. 26? Yes____ No **X**

9. Have the parties entered into an ESI protocol? Yes____ No **X** Not Applicable

10. Final date to take the first step in dispositive motion practice, if any: **November 3, 2025**. (*If the parties do not consent to the jurisdiction of United States Magistrate Judge Joseph A. Marutollo, parties are directed to consult the District Judge's Individual Practices and Rules regarding such motion practice. The date is presumptively 30 days after completion of expert discovery*)

11. Do the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8? Yes ____ No **X**

12. Do the parties consent to jurisdiction before United States Magistrate Judge Joseph A. Marutollo pursuant to 28 U.S.C. § 636(c)? Yes ____ No **X** (*Answer "no" if any party declines to consent without indicating which party has declined*)

This Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable as of the date of this order.

CONSENTED TO BY:

| **Attorney for Plaintiff** | **Attorney for Defendant(s)** |
|---|---|
| Name:<br>LaDonna Lusher, Esq.<br>Michele Moreno, Esq.<br>Paige Piazza, Esq. | Name:<br>Hector Roman, Jr., Esq. |
| Address:<br>40 Broad Street, 7th Floor, NY, NY 10004 | Address:<br>108-14 Jamaica Avenue, Richmond Hill, NY, 11418 |
| Telephone:  (212) 943-9080 | Telephone:  (718) 533-8444 |
| Email:<br>llusher@vandallp.com<br>mmoreno@vandallp.com<br>ppiazza@vandallp.com | Email:<br>hroman@roman-law.org |

**SO ORDERED:**

Dated: Brooklyn, New York
_____

_____
**JOSEPH A. MARUTOLLO**
United States Magistrate Judge

3