# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN LADUCA and LUCIO LADUCA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>BARI HOME CARE, LLC and ASEF BARI,<br><br>            Defendant. | Case No.: 24-cv-07970-LDH-JAM |

## NOTICE OF FILING CONSENT TO JOIN

Plaintiff Kathleen Laduca and Lucio Laduca, individually and on behalf of all others similarly situated, gives notice of filing the attached Consent to Join, true and correct copies of which is attached hereto:

1. Alex Greaves
2. Janardhan Chowdhury
3. Seyngolly Angibeau
4. Shahreen Ahmed
5. Sharmila Khetwaroo
6. Shemu Akhter

Date: July 21, 2025      Respectfully submitted,

            By: /s/ *LaDonna M. Lusher, Esq.*
               LaDonna M. Lusher, Esq
               VIRGINIA & AMBINDER, LLP
               40 Broad Street, 7th Floor
               New York, New York 10004
               (212) 943-9080
               llusher@vandallp.com