UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN LADUCA and LUCIO LADUCA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>BARI HOME CARE, LLC and ASEF BARI,<br><br>            Defendant. | Case No.: 24-cv-07970-LDH-JAM |

## NOTICE OF FILING CONSENT TO JOIN

  Plaintiff Kathleen Laduca and Lucio Laduca, individually and on behalf of all others similarly situated, gives notice of filing the attached Consent to Join, true and correct copies of which is attached hereto:

1. MD Mahbub Ahmed
2. Shahena Akter
3. Tasmina Hawa-Ahad

Date: July 25, 2025        Respectfully submitted,

         By:  /s/ *LaDonna M. Lusher, Esq.*
            LaDonna M. Lusher, Esq
            VIRGINIA & AMBINDER, LLP
            40 Broad Street, 7th Floor
            New York, New York 10004
            (212) 943-9080
            llusher@vandallp.com