UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KATHLEEN LADUCA and LUCIO LADUCA, individually and on behalf of all others similarly situated,

                          Plaintiff,

v.

BARI HOME CARE, LLC and ASEF BARI,

                          Defendant.

Case No.: 24-cv-07970-LDH-JAM

## NOTICE OF FILING CONSENT TO JOIN

Plaintiff Kathleen Laduca and Lucio Laduca, individually and on behalf of all others similarly situated, gives notice of filing the attached Consent to Join, true and correct copies of which is attached hereto:

1. Kulsuma Begum
2. Marline Ramkissoon
3. Mst Sumona Azmery
4. Ruhel Rahman
5. Shati Akther
6. Soltan Nahian Alhasan

Date: August 8, 2025

Respectfully submitted,

By:   /s/ *LaDonna M. Lusher, Esq.*
LaDonna M. Lusher, Esq
VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
llusher@vandallp.com