UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KATHLEEN LADUCA and LUCIO LADUCA, individually and on behalf of all others similarly situated,

          Plaintiff,

v.

BARI HOME CARE, LLC and ASEF BARI,

          Defendant.

Case No.: 24-cv-07970-LDH-JAM

## NOTICE OF FILING CONSENT TO JOIN

  Plaintiff Kathleen Laduca and Lucio Laduca, individually and on behalf of all others similarly situated, gives notice of filing the attached Consent to Join, true and correct copies of which is attached hereto:

1. Meher N Chowdhury

Date: August 15, 2025      Respectfully submitted,

        By:  /s/ *LaDonna M. Lusher, Esq.*
           LaDonna M. Lusher, Esq
           VIRGINIA & AMBINDER, LLP
           40 Broad Street, 7th Floor
           New York, New York 10004
           (212) 943-9080
           llusher@vandallp.com