

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AUG 1 5 2025

KATHLEEN LADUCA and LUCIO LADUCA,
individually and on behalf of all others similarly
situated,

Civil Action No.: 24-cv-07970-LDH-JAM

Plaintiffs,

v.

**CONSENT TO JOIN FORM**

BARI HOME CARE, LLC and ASEF BARI,

Defendants.

By signing below I, ___Jahanara Begum___ (Print Name), consent to participate in this lawsuit. I further consent to the firm Virginia and Ambinder, LLP representing me in this case.

Signature: ___Jahanara Begum___ Date: ___07/25/2025___

Address:

Zip Code: _____ Apt.:_____

Phone Number:

Email:

**THE LAST DAY TO FILE THIS CONSENT TO JOIN FORM IS SEPTEMBER 1, 2025. CONSENT TO JOIN FORMS FILED AFTER SEPTEMBER 1, 2025 WILL BE REJECTED UNLESS GOOD CAUSE IS SHOWN FOR THE DELAY**

**IF YOU WISH TO SEEK RECOVERY OF UNPAID WAGES UNDER THE FEDERAL FAIR LABOR STANDARDS ACT, YOU MUST MAIL THE ENCLOSED CONSENT TO JOINDER FORM POSTMARKED BY SEPTEMBER 1, 2025 TO:**

**Martom Solutions, LLC**
**P.O. Box 860020 Ridgewood, NY 11386-0020**
**Tel No. (718)–554-0959 | Fax No. (844) 261-9013**
**E-mail: admin@martomsolutions.com**
**RE: Bari Home Care Collective Action**

**If you fail to mail a signed Consent to Join form by September 1, 2025, you may not be eligible to participate in the FLSA portion of this lawsuit.**

Laduca et al v. Bari Home Care, LLC 7/3-9/1
Consent ID: 025



RECEIVED

AUG 2 0 2025

Martom Solutions, LLC
Settlement Administrator

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KATHLEEN LADUCA and LUCIO LADUCA,
individually and on behalf of all others similarly
situated,

Plaintiffs,

v.

BARI HOME CARE, LLC and ASEF BARI,

Defendants.

Civil Action No.: 24-cv-07970-
LDH-JAM

**CONSENT TO JOIN FORM**

By signing below I, **MAUSHUMI RAHMAN** (Print Name), consent to participate in this lawsuit. I further consent to the firm Virginia and Ambinder, LLP representing me in this case.

Signature: *Maushumi Rahman* Date: 08/18/2025

Address: ▮▮▮▮▮▮▮▮▮

Zip Code: ▮▮▮ Apt.: ▮▮▮▮

Phone Number: ▮▮▮▮▮▮▮

Email: ▮▮▮▮▮▮▮▮▮

**THE LAST DAY TO FILE THIS CONSENT TO JOIN FORM IS SEPTEMBER 1, 2025. CONSENT TO JOIN FORMS FILED AFTER SEPTEMBER 1, 2025 WILL BE REJECTED UNLESS GOOD CAUSE IS SHOWN FOR THE DELAY**

**IF YOU WISH TO SEEK RECOVERY OF UNPAID WAGES UNDER THE FEDERAL FAIR LABOR STANDARDS ACT, YOU MUST MAIL THE ENCLOSED CONSENT TO JOINDER FORM POSTMARKED BY SEPTEMBER 1, 2025 TO:**

**Martom Solutions, LLC**
**P.O. Box 860020 Ridgewood, NY 11386-0020**
**Tel No. (718)–554-0959 | Fax No. (844) 261-9013**
**E-mail: admin@martomsolutions.com**
**RE: Bari Home Care Collective Action**

If you fail to mail a signed Consent to Join form by September 1, 2025, you may not be eligible to participate in the FLSA portion of this lawsuit.

Laduca et al v. Bari Home Care, LLC 7/3-9/1
Consent ID: 028



মার্কিন যুক্তরাষ্ট্র জেলা আদালত
নিউ ইয়র্কের পূর্ব জেলা

AUG 1 5 2025

ক্যাথলিন লাড়ুকা এবং লুসিও লাড়ুকা, ব্যক্তিগতভাবে
এবং একই পরিস্থিতিতে থাকা অন্যান্য সকলের পক্ষে,
বাদী,

নাগরিক মামলা নম্বর: 24-cv-
07970-LDH-JAM

বনাম

বারি হোম কেয়ার, এলএলসি (LLC) এবং আসেফ বারি,

বিবাদীরা।

**যোগদানের জন্য সম্মতি ফর্ম**

নিচে স্বাক্ষর করার মাধ্যমে আমি, MD Ashaduzzaman (মুদ্রিত নাম), এই মামলায় অংশগ্রহণের জন্য সম্মতি দিলাম। আমি আরও সম্মতি প্রদান করছি যে এই মামলায় আমার পক্ষে ভার্জিনিয়া এবং অ্যামবাইন্ডার, এলএলপি (LLP) সংস্থা আমার প্রতিনিধিত্ব করবে।

স্বাক্ষর: _____ তারিখ: 07/25/2025

ঠিকানা: ████████████████

জিপ কোড █████ অ্যাপার্টমেন্ট: _____

ফোন নম্বর: ██████████

ইমেইল: __████████████

**যোগদানের জন্য সম্মতি ফর্মটি জমা দেওয়ার শেষ দিন 1 সেপ্টেম্বর, 2025। যোগদানের জন্য সম্মতি ফর্ম জমা দেওয়ার 1 সেপ্টেম্বর 2025 তারিখের পরে, কোনো ভাল কারণ দেখাতে না পারলে দেরি হওয়ার কারণে বাতিল করা হবে**

**আপনি যদি ফেডারেল ফেয়ার লেবার স্ট্যান্ডার্ড আইনের অধীনে অপরিশোধিত মজুরি আদায় করতে চান, তাহলে আপনা 1 সেপ্টেম্বর, 2025 তারিখের মধ্যে পোস্টমার্ক করা যোগদানের জন্য সম্মতি সংযুক্ত করে এই ঠিকানায় ডাকে পাঠাতে হবে:**

**মার্টম সলিউশন্স, এলএলসি (LLC)**

**পোস্ট বক্স 860020 রিজউড, নিউইয়র্ক 11386-0020**

**টেলিফোন: (718)-554-0959 | ফ্যাক্স: (844) 261-9013**

**ই-মেইল: admin@martomsolutions.com**

**বিষয়: বারি হোম কেয়ার যৌথ মামলা**

**আপনি যদি 1 সেপ্টেম্বর, 2025 তারিখের মধ্যে যোগদানের জন্য সম্মতি ফর্ম সাক্ষর করে ডাকে পাঠাতে ব্যর্থ হন, আপনি এই মামলার এফএলএসএ (FLSA) অংশে অংশগ্রহণ করার জন্য যোগ্য নাও হতে পারেন।**

Laduca et al v. Bari Home Care, LLC 7/3-9/1
Consent ID: 026


মার্কিন যুক্তরাষ্ট্র জেলা আদালত
নিউ ইয়র্কের পূর্ব জেলা

ক্যাথলিন লাডুকা এবং লুসিও লাডুকা, ব্যক্তিগতভাবে
এবং একই পরিস্থিতিতে থাকা অন্যান্য সকলের পক্ষে,

বাদী,

বনাম

বারি হোম কেয়ার, এলএলসি (LLC) এবং আসেফ বারি,

বিবাদীরা।

Martom Solutions, LLC
Settlement Administrator

নাগরিক মামলা নম্বর: 2
07970-LDH-JAM

**যোগদানের জন্য সম্মতি ফর্ম**

নিচে স্বাক্ষর করার মাধ্যমে আমি, _Mohammed ALI_ (মুদ্রিত নাম), এই মামলায় অংশগ্রহণের জন্য সম্মতি দিলাম। আমি আরও সম্মতি প্রদান করছি যে এই মামলায় আমার পক্ষে ভার্জিনিয়া এবং অ্যামবাইন্ডার, এলএলপি (LLP) সংস্থা আমার প্রতিনিধিত্ব করবে।

স্বাক্ষর: _____ তারিখ: _08 - 06 - 25_

ঠিকানা: ▮▮▮▮▮

জিপ কোড: ▮▮▮▮ অ্যাপার্টমেন্ট: _____

ফোন নম্বর ▮▮▮▮

ইমেইল ▮▮▮▮

যোগদানের জন্য সম্মতি ফর্মটি জমা দেওয়ার শেষ দিন । সেপ্টেম্বর, 2025। যোগদানের জন্য সম্মতি ফর্ম জমা দেওয়ার 1 সেপ্টেম্বর 2025 তারিখের পরে, কোনো ভাল কারণ দেখাতে না পারলে দেরি হওয়ার কারণে বাতিল করা হবে

আপনি যদি ফেডারেল ফেয়ার লেবার স্ট্যান্ডার্ড আইনের অধীনে অপরিশোধিত মজুরি আদায় করতে চান, তাহলে আপনা । সেপ্টেম্বর, 2025 তারিখের মধ্যে পোস্টমার্ক করা যোগদানের জন্য সম্মতি সংযুক্ত করে এই ঠিকানায় ডাকে পাঠাতে হবে:

মার্টম সলিউশন্স, এলএলসি (LLC)

পোস্ট বক্স 860020 রিজউড, নিউইয়র্ক 11386-0020
টেলিফোন: (718)-554-0959 | ফ্যাক্স: (844) 261-9013
ই-মেইল: admin@martomsolutions.com
বিষয়: বারি হোম কেয়ার যৌথ মামলা

আপনি যদি । সেপ্টেম্বর, 2025 তারিখের মধ্যে যোগদানের জন্য সম্মতি ফর্ম স্বাক্ষর করে ডাকে পাঠাতে ব্যর্থ হন, আপনি এই মামলার এফএলএসএ (FLSA) **অংশে অংশগ্রহণ করার জন্য যোগ্য নাও হতে পারেন।**

Laduca et al v. Bari Home Care, LLC 7/3-9/1
Consent ID: 027