

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

**Paige I. Piazza, Esq.**
**Associate**
ppiazza@vandallp.com

December 10, 2025

**VIA ECF**
Judge Joseph A. Marutollo, U.S.M.J.
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Laduca et al v. Bari Home Care, LLC et al*, Docket No. 24-cv-07970 (LDH)(JAM)

Dear Judge Marutollo,

  This firm is counsel to Plaintiffs in the above-referenced action. Together with defense counsel, we submit this joint status report pursuant to this Court's December 4, 2025 Order.

  The Parties have continued to meet and confer regarding the ongoing discovery disputes and are working towards a resolution. The Parties respectfully request an extension of time to meet and confer and to update the Court as to the Parties resolution of the dispute to December 19, 2025. In the event that the Parties are unable to resolve the discovery disputes on their own, they will write to the Court pursuant to this Court's Individual Rule (VI)(B).

  We thank the Court for its attention to this matter.

                Respectfully submitted,

                */s/ Paige I. Piazza, Esq.*

Cc: All counsel of record (via ECF)