# Law Office of Hector M. Roman, P.C.
## 108-14 Jamaica Avenue
## Richmond Hill, New York 11418
### 718.533.8444

Hector M. Roman*

*also admitted in CA & NJ

FACSIMILE
718.732.2151
NOT FOR SERVICE

Sender's office extension: 1020
Sender's email:
hroman@roman-law.org

www.roman-law.org

January 6, 2026

*Via ECF*

Judge Joseph A. Marutollo, U.S.M.J.
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Laduca et al v. Bari Home Care, LLC et al*, Docket No. 24-cv-07970 (LDH)(JAM)
             Request for One-Week Extension to Submit Ex Parte Settlement Letter

Dear Judge Marutollo,

    I represent the defendants in connection with the above-referenced matter. I respectfully request a brief, one-week extension of time to submit my client's ex parte settlement letter, which is currently due on January 6, 2026, pursuant to the Court's Order dated December 19, 2025.

    The requested extension is necessitated by pre-scheduled holiday travel affecting both my client and my office, which has limited our ability to finalize the ex parte submission within the originally prescribed timeframe. This request is made in good faith and not for purposes of delay.

    I have conferred with counsel for the plaintiff, who has graciously consented to this request.

    If granted, I respectfully request that my office be permitted to submit the ex parte settlement letter on or before January 13, 2026. This short extension will allow for a complete and meaningful submission consistent with the Court's directive.

    Thank you for the Court's consideration.

                                             Very truly yours,

                                             *Hector M. Roman*
                                             HECTOR M. ROMAN

HMR/me

cc:    Plaintiff counsel via ECF