

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

**Paige Piazza, Esq.**
**Associate**
ppiazza@vandallp.com

May 29, 2026

<u>**VIA ECF**</u>
Judge Joseph A. Marutollo, U.S.M.J.
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Laduca et al v. Bari Home Care, LLC et al*, Docket No. 24-cv-07970 (LDH)(JAM)

Dear Judge Marutollo,

  This firm is counsel to Plaintiffs and the certified collective in the above-referenced action. Together with Defense Counsel, we submit this letter motion to extend the June 8, 2026 pre-class certification discovery deadline and the June 15, 2026 deadline for Plaintiffs to seek leave to move for class certification.

  On May 28, 2026, the Parties attended a mediation session with EDNY mediator Roger Briton, Esq. The mediation session was productive and meaningful, and the Parties made progress towards potential resolution. However, in order to properly evaluate and confirm information relating to Plaintiffs' claims, Defendants require additional time to investigate and obtain certain payroll documents from a third-party vendor. Accordingly, the Parties requested that the mediation be continued to July 13, 2026.

  In light of the continued mediation session on July 13, 2026, the Parties' request that the deadline to complete pre-class certification discovery be extended from June 8, 2026 to July 20, 2026, and that the June 15, 2026 deadline for Plaintiffs to seek leave to move for class certification be extended to on or before July 27, 2026. The Parties are mindful of this Court's April 8, 2026 Order stating there would be no further extensions of this deadline, however, the Parties respectfully submit they have good cause for such an extension. Both Parties would like to continue to explore settlement before expending additional resources on motion practice, and believe there remains a meaningful possibility of resolving this matter.

  Additionally, I will be leaving Virginia & Ambinder, LLP the first week of June. Should the parties not reach a resolution at the continued mediation session, Plaintiffs' counsel needs additional time to transition the file to a new associate.



We thank the Court for its continued patience and attention to this matter.

Respectfully submitted,

*/s/ Paige Piazza, Esq.*

Cc: All counsel of record (via ECF)